

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, STE 400
NEW YORK, NY 10281-1022

RICHARD G. PRIMOFF
TELEPHONE: (212) 336-0148
FACSIMILE:   (703) 813-9562

July 29, 2014

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   **SEC v. The Committee on Ways and Means
> of the U.S. House of Representatives, et al. (14 Misc. 00193) (PGG)**

Dear Judge Gardephe:

    We write on behalf of the Commission to state its position with respect to oral argument on this matter and, should the Court determine to hear argument, to respectfully request that the Court hold a telephonic conference for scheduling purposes.

    The Commission notes that approximately half of Respondents' July 25 reply papers constitute a sur-reply on the non-jurisdictional defenses they have raised under the Speech or Debate Clause and *United States v. Morgan*, 313 U.S. 409 (1941), despite the fact that Respondents never sought leave to file a sur-reply, and the modified briefing schedule approved by the Court (DE 19) expressly limited the scope of Respondents' reply to their own jurisdictional motion to dismiss. Should the Court find it helpful to its resolution of this matter for the Commission to address the additional points Respondents raised on those issues (or, of course, on any other issue), the Commission requests oral argument.

    The Commission also respectfully requests that should the Court determine to hear argument, the Court confer with counsel telephonically on an appropriate date. Counsel for the Commission have travel commitments on multiple dates between August 18 and September 9, 2014 and believe a conference may be the most efficient way to schedule an argument date that avoids conflicts with the Court's or counsels' schedules.

The Hon. Paul G. Gardephe
July 29, 2014
Page 2 of 2

     We attempted to obtain comment from Respondents' counsel in order to include their position in this letter before sending it to the Court. We understand that counsel for Respondents will be sending their own responsive letter within the next day or two to state their position.

                                              Respectfully submitted,

                                              Richard G. Primoff

cc:    Counsel for Respondents (Via Email)