

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, STE 400
NEW YORK, NY 10281-1022

RICHARD G. PRIMOFF
TELEPHONE: (212) 336-0148
FACSIMILE: (703) 813-9562

October 24, 2014

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   <u>SEC v. The Committee on Ways and Means
of the U.S. House of Representatives, et al. (14 Misc. 00193) (PGG)</u>

Dear Judge Gardephe:

    I write on behalf of the Securities and Exchange Commission in the referenced summary proceeding to alert the Court, pursuant to Rule 4(G) of your Honor's Individual Rules of Practice, that 90 days have passed since the parties' motions regarding the Commission's investigative subpoenas were fully submitted.

    As the Court is aware, this dispute concerns an ongoing investigation into matters of potential securities law violations, which has been impeded while this proceeding has remained pending. The Commission stands ready to assist the Court in any way (such as through further briefing or argument) your Honor may deem helpful to the resolution of this matter.

                                            Respectfully submitted,

                                            Richard G. Primoff

cc:     Counsel for Respondents (Via ECF)