USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-19-17

RECEIVED
JAN 19 2017
JUDGE KAPLAN'S CHAMBERS

Kaplan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

          Applicant,

-against-

THE COMMITTEE ON WAYS AND MEANS OF
THE U.S. HOUSE OF REPRESENTATIVES and
BRIAN SUTTER,

          Respondents.
-------------------------------------------------------------x

Case No. 14 Misc. 00193 (PGG)
ECF CASE

STIPULATION

IT IS NOW STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41, by and between the undersigned counsel for the parties to this proceeding, that this proceeding be and hereby is dismissed, without prejudice and without costs or fees to any party.

Dated: New York, New York
      January 18, 2017

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES

By: _____
Thomas Hungar
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Attorneys for Respondents

SECURITIES AND EXCHANGE
COMMISSION

By: _____
Richard G. Primoff
New York Regional Office
Brookfield Place, 200 Vesey Street, Ste. 400
New York, NY 10281
(212) 336-0148
Attorneys for Applicant

So Ordered:

_____
U.S.D.J.

1/19/17